| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Deliver |
| 1. Article Addressed to:<br>Wasko<br><br>Chase<br>PO Box 183166<br>Columbus, Ohio 43218 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>Chase<br>340 S. Cleveland Ave.<br>Columbus, OH 43218<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 2970 0003 0926 0203 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-15 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THE DANN LAW FIRM CO. LPA
PO BOX 6031040
CLEVELAND, OH 44103



PLAINTIFF'S EXHIBIT
D