

Chase (OH4-7120)
3415 Vision Drive
Columbus, OH 43219



June 13, 2014

000209 - 1 of 1 NSP0MBS0-Z1 000000
Daniel M. Solar The Dann Law Firm
P.O.Box 6031040
Cleveland, OH 44103

<u>We are currently researching this request</u>

| | |
|---|---|
| Borrower Name: | Bethanne Wasko |
| Account: | ******6804 |
| Reference Number: | 20140612EOCHF0031 |
| Property Address: | 601 E WESTERN RESERVE RD UNIT 1802 |
| | POLAND, OH 44514 |

We received a request on June 12, 2014 and appreciate the opportunity to respond.

We take customer feedback very seriously. We will fully research this situation and provide a detailed response to the customer once the research is complete. We will have an answer or a status update for the customer by June 28, 2014.

In the meantime, if you have additional questions please call the Chase Executive Office Team dedicated specifically to this issue at (888) 310-7995.

We appreciate your patience while we research and resolve the request.

Sincerely,

Chase
(888) 310-7995
(866) 221-1019 Fax
(800) 582-0542 TDD/Text Telephone
www.chase.com
questions.mortgage.escalation@chase.com

We are a debt collector.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.



PLAINTIFF'S EXHIBIT E

EX035

**CHASE**
3415 Vision Dr.
Columbus, OH 43219-6009

000209 - 1 of 1 NSP0WBS0-Z1 000000
Daniel.M. Solar The Dann Law Firm
P.O.Box 6031040
Cleveland, OH 44103

44103$$8600 B010

FIRST CLASS




USPOSTAGE $010.480
JUN 13 2014
ZIP 43081
0000865
21 3002351