

Chase (OH4-7120)
3415 Vision Drive
Columbus, OH 43219

June 24, 2014

000024 - 1 of 1 NSP0MBS0-Z1 000000
DANIEL M. SOLAR THE DANN LAW FIRM
P.O. Box 6031040
Cleveland, OH 44103



### We need additional time to research your request

| | |
|---|---|
| Borrower Name: | Bethanne Wasko |
| Account: | ******6804 |
| Reference Number: | 20140612EOCHF0031 |
| Property Address: | 601 E WESTERN RESERVE RD UNIT 1802 |
| | POLAND, OH 44514 |

We are writing to follow up on your recent request and inform you we need additional research time because we are still pending additional research to resolve your inquiry or request.

We will have an answer or a status update for you by July 09, 2014.

If you have questions, please contact your Chase Agency Liaison.

We appreciate your patience as we complete our research and resolve this request.

Sincerely,

Chase
(888) 310-7995
(866) 221-1019 Fax
(800) 582-0542 TDD/Text Telephone
www.chase.com

We are a debt collector.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.



PLAINTIFF'S EXHIBIT F

EX009

CHASE
3415 Vision Dr.
Columbus, OH 43219-6009



4410348800 B010

FIRST CLASS



PITNEY BOWES
US POSTAGE $00.480
JUN 24 2014
ZIP 43081
000699
21 5002351