UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BETHANNE WASKO, | CASE NO. 4:14CV1544 |
| Plaintiff, | |
| | JUDGE BENITA Y. PEARSON |
| v. | |
| | Magistrate Judge George J. Limbert |
| JPMORGAN CHASE BANK, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now come the parties, by and through their respective counsel, and hereby notify this

Court that this matter has been settled.

Respectfully submitted,

/s/ Marc E. Dann                                    /s/ Nelson Reid
Marc E. Dann (0039425)                      Nelson M. Reid (0068434)
THE DANN LAW FIRM CO., L.P.A.        Luke D. Overmeyer (0087307)
4600 Prospect Avenue                        BRICKER & ECKLER LLP
Cleveland, OH  44103                          100 South Third Street
Phone: (216) 373-0539                        Phone: (614) 227-2300
Fax: (216) 373-0536                            Fax: (614) 227-2390
notices@dannlaw.com                          nreid@bricker.com
*Counsel for Plaintiff*                           lovermeyer@bricker.com
*Bethanne Wasko*                              *Counsel for Defendant*
                                                          *JPMorgan Chase Bank, N.A.*

1